JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2016
CENTRAL DISTRICT OF CALIFORNIA
BY

RUDOLPH JOE FIMBRES, et al.,

          Plaintiff,

vs.

GJM ENTERPRISES, LLC, et al.,

          Defendants.

CASE NO. CV 16-2107 GHK (ASx)

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **45 days**, to reopen the action if settlement is not consummated.

Dated: December 15, 2016

GEORGE H. KING
United States District Judge